Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## QUITCLAIM ASSIGNMENT

Cumberland, Maine
SELLER'S SERVICING #:    "PORTER"

WHEREAS, EVERHOME MORTGAGE COMPANY is identified as the "Lender" on a certain mortgage executed by RONALD L. PORTER AND BONNIE B. PORTER AS JOINT TENANTS AND NOT AS TENANTS IN COMMON, and bearing the date of 11/07/2007 Recorded: 12/14/2007 in Book/Reel/Liber: 25686 Page/Folio: 31 as Instrument No.: 75970 in the Office of the Recorder of Cumberland County, State of Maine (hereinafter the "Mortgage");

Property Address: 132 PEACOCK HILL RD, NEW GLOUCESTER, ME 04260

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and upon, recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

EVERBANK, AS SUCCESSOR BY MERGER TO EVERHOME MORTGAGE COMPANY BY NATIONSTAR MORTGAGE LLC, IT'S ATTORNEY-IN-FACT
On June 27th, 2016

By: _____
MOHAMED HAMEED, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On June 27th, 2016, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Assistant Secretary, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019 #130453613

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)

Received
Recorded Register of Deeds
Jun 30,2016 11:01:31A
Cumberland County
Nancy A. Lane

*NL1*NL1NATT*06/27/2016 10:36:37 AM* NATT01NATTA    MECUMBE*    MESTATE_QUIT_ASSIGN_ASSN *NL1*NL1NATT*


EXHIBIT I